M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM &
BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368
Attorneys for Uniloc 2017 LLC, Uniloc
Licensing USA LLC and Uniloc USA, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC LICENSING USA LLC and UNILOC USA, INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | CASE NO. 8:18-cv-01279<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Uniloc 2017 LLC, Uniloc Licensing USA LLC and Uniloc USA, Inc. (collectively "Uniloc"), by and through the undersigned counsel, hereby bring this action and make the following allegations of patent infringement relating to U.S. Patent Nos. 7,016,676, 6,993,049, and 7,167,487 against Defendant Microsoft Corporation ("Microsoft"), and allege as follows upon actual knowledge with respect to themselves and their own acts and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.      This is an action for patent infringement.  Uniloc alleges that Microsoft infringes U.S. Patent Nos. 7,016,676 (the "'676 patent"), 6,993,049 (the "'049 patent") and 7,167,487 (the "'487 patent), copies of which are attached hereto as Exhibits A-C (collectively, "the Asserted Patents").

2.      Uniloc alleges that Microsoft directly and indirectly infringes the Asserted Patents by making, using, offering for sale, selling and importing devices that: (1) include semiconductor chips with integrated Bluetooth and Wi-Fi functionality such as the Microsoft Surface products, (2) pair products such as a Microsoft Surface Precision Mouse with a Microsoft Surface Pro using a Bluetooth Low Energy (LE) paring technique (e.g., Microsoft Bluetooth Swift Pair), and (3) implement the 3GPP specification version 6 or later such as the Microsoft Surface Pro.  Uniloc further alleges that Microsoft induces and contributes to the infringement of others.  Uniloc seeks damages and other relief for Microsoft's infringement of the Asserted Patents.

## THE PARTIES

3.      Uniloc 2017 LLC is a Delaware corporation having places of business at 1209 Orange Street, Wilmington, Delaware 19801 and 620 Newport Center Drive, Newport Beach, California 92660.

4.      Uniloc Licensing USA LLC is a Delaware corporation having places

COMPLAINT – CASE NO. 8:18-CV-01279 _____

1  of business at 1209 Orange Street, Wilmington, Delaware 19801 and 620 Newport

2  Center Drive, Newport Beach, California 92660.

3      5.      Uniloc USA, Inc. is a Texas corporation having a place of business at

4  Legacy Town Center I, Suite 380, 7160 Dallas Parkway, Plano Texas 75024.

5      6.      Uniloc holds all substantial rights, title and interest in and to the

6  Asserted Patents.

7      7.      Upon information and belief, Defendant Microsoft Corporation is a

8  corporation organized and existing under the laws of the State of Washington, with at

9  least the following places of business in this District:  3 Park Plaza, Suite 1600, Irvine,

10 CA 92614; 3333 Bristol Street, Suite 1249, Costa Mesa, CA 92626; 578 The Shops at

11 Mission Viejo, Mission Viejo, CA 92691; 331 Los Cerritos Center, Cerritos, CA

12 90703; 13031 West Jefferson Blvd., Suite 200, Los Angeles, CA 90094; 2140

13 Glendale Galleria, JCPenney Court, Glendale, CA 91210; 10250 Santa Monica Blvd.,

14 Space #1045, Los Angeles, CA 90067; 6600 Topanga Canyon Blvd, Canoga Park, CA

15 91303.  Microsoft can be served with process by serving its registered agent for

16 service of process in California: Corporation Service Company which Will Do

17 Business in California as CSC - Lawyers Incorporating Service, 2710 Gateway

18 Oaks Dr., Ste. 150, Sacramento, CA 95833.

19                         **JURISDICTION AND VENUE**

20     8.      This action for patent infringement arises under the Patent Laws of the

21 United States, 35 U.S.C. § 1 et. seq.  This Court has original jurisdiction under 28

22 U.S.C. §§ 1331 and 1338.

23     9.      This Court has both general and specific jurisdiction over Microsoft

24 because Microsoft has committed acts within the Central District of California

25 giving rise to this action and has established minimum contacts with this forum

26 such that the exercise of jurisdiction over Microsoft would not offend traditional

27 notions of fair play and substantial justice.  Defendant Microsoft, directly and

28

through subsidiaries, intermediaries (including distributors, retailers, franchisees and others), has committed and continues to commit acts of patent infringement in this District, by, among other things, making, using, testing, selling, licensing, importing and/or offering for sale/license products and services that infringe the Asserted Patents.

10.     Venue is proper in this district and division under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) because Microsoft has committed acts of infringement in the Central District of California and has multiple regular and established places of business in the Central District of California.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,016,676

11.     The allegations of paragraphs 1-10 of this Complaint are incorporated by reference as though fully set forth herein.

12.     The '676 patent, titled "Method, Network and Control Station For The Two-Way Alternate Control of Radio Systems Of Different Standards In the Same Frequency Band," issued on March 21, 2006.  A copy of the '676 patent is attached as Exhibit A.

13.     Pursuant to 35 U.S.C. § 282, the '676 patent is presumed valid.

14.     Invented by Koninklijke Philips Electronics N.V., the '676 patent relates to an interface-control protocol method for a radio system which has at least one frequency band provided for the two-way alternate utilization of a first and a second radio interface standard.

15.      On information and belief, Microsoft makes, uses, offers for sale, and sells in the United States and imports into the United States Microsoft Surface products containing a combined Bluetooth/Wi-Fi chip solution, such as the Marvell Avastar 88W8897 (collectively the "Accused Infringing Devices").

16.     Upon information and belief, the Accused Infringing Devices infringe at least claim 1 in the exemplary manner described below.

17.     The Accused Infringing Devices practice an interface-control protocol method for a radio system with at least one common frequency band that is provided for alternate use by a first and a second radio interface standard.  For example, Microsoft Surface products include chips with integrated Bluetooth and Wi-Fi functionality, such as the chips from the Marvell Avastar Family of products.



**Source**: https://www.ifixit.com/Teardown/Microsoft+Surface+Pro+4+Teardown/51568

18.   The Microsoft Surface products perform an interface control method that provides for alternate use of the 2.4 GHz frequency band, which is used by a first (e.g., "Bluetooth") and second (e.g., "Wi-Fi") interface standard.

4

Similarly, when Wi-Fi and Bluetooth® are put into the same device—particularly a smaller handheld type—the signals transmitted can cause interference with each other, thereby disrupting the "conversation."

As these two wireless technologies continue to permeate the consumer electronics market, people continue to ask "Can these Wi-Fi and Bluetooth coexist in a single device?" The answer is yes.

This white paper discusses the emergence of Wi-Fi and Bluetooth technologies on a single integrated circuit (IC) for use in today's popular handheld devices. It explains the potential challenges of competing wireless signals, as well as innovative design techniques to help original equipment manufacturers (OEMs) overcome potential issues and rapidly develop cost-effective consumer devices. Finally, it expands on the advantages that Marvell's Avastar® family of multi-functional radios (MFRs) have over competing devices available in the market today.

**The Increasing Popularity of Wi-Fi and Bluetooth--Together**

Wi-Fi and Bluetooth are two of the most widely used wireless technologies in consumer electronic devices. Although devices including these two technologies can use separate ICs on an embedded platform, with the latest advances in technology innovation, it is possible to co-locate Wi-Fi and Bluetooth devices on one IC, thereby reducing cost, size and time-to-market.

These technologies operate in the 2.4GHz Industrial, Scientific and Medical Device band (ISM) band, but are disparate from each other in almost every manner. Wi-Fi devices operate on an asynchronous protocol and access the wireless medium using the Carrier Sense Multiple Access / Collision Avoidance (CSMA/CA) mechanism. With Bluetooth devices, the medium access time is slotted. Also, the advent of 802.11n technology in handheld platforms poses the difficult challenge to accommodate the requirements of both Wi-Fi and Bluetooth links while ensuring optimal performance.

**Source**: Ronak Choski, *Yes ! Wi-Fi and Bluetooth Can Coexist in Handheld Devices*, Marvell Semiconductor (March 2010)

19.     The Accused Infringing Devices operate in accordance with a first radio interface standard and/or a second radio interface standard.  For example, Microsoft Surface products with integrated Bluetooth / Wi-Fi chips communicate with stations that operate using a first interface standard (e.g., Bluetooth) and/or second (e.g., Wi-Fi) interface standard.  Examples of Bluetooth stations include Bluetooth peripherals such as mice, pens, keyboards, dials and others.  Examples of Wi-Fi stations include Wi-Fi modems, routers, access points (APs) and the like.

COMPLAINT – CASE NO. 8:18-CV-01279



**Source**: https://www.microsoft.com/en-us/p/surface-precision-mouse/8qc5p0d8ddjt?activetab=pivot:techspecstab

**Source**: https://www.microsoft.com/en-us/p/surface-pen/8zl5c82qmg6b/7X3T?activetab=pivot:techspecstab

6

COMPLAINT – CASE NO. 8:18-CV-01279



**Source**: https://www.microsoft.com/en-us/p/surface-arc-mouse/8p5sv2rx3rn5/GGLX?activetab=pivot:techspecstab

**Source**: https://www.microsoft.com/en-us/p/surface-dial/925r551sktgn/d5ft?cid=msft_web_collection&activetab=pivot:techspecstab

COMPLAINT – CASE NO. 8:18-CV-01279

# Connect Surface to a wireless network

Applies to: Surface Devices

Get help for Surface running Windows 8.1.

> **Note**
>
> Some products might not be available in your country or region.

With its built-in Wi-Fi, you can connect your Surface to a wireless network and browse the Internet, get apps from Microsoft Store, send email messages, and access other computers and devices on your network.

## Connect to a wireless network

For info about connecting your Surface to a wireless network using the built-in Wi-Fi, see Get online.

> **Notes**
>
> - Make sure that your modem is connected to a working phone jack or cable connection, either directly or through your router.
> - Surface supports the Wireless-N standard. You'll be able to connect no matter what standard (Wi-Fi 802.11 a/b/g/n) your router is using. In addition, Surface Pro 3, Surface Pro 4, and Surface Book support the Wireless-AC standard (Wi-Fi 802.11ac).
> - If you're having trouble finding your wireless network in the list of available networks, your wireless router might not be set to broadcast its network ID (SSID). To turn on SSID broadcasting, check the info that came with the wireless router. For more info about how to connect to a hidden wireless network, see Wired and wireless problems.
> - If you have problems connecting to a Wi-Fi network, see Can't connect to a wireless network.

**Source**: https://support.microsoft.com/en-us/help/4023494/surface-connect-surface-to-a-wireless-network

20.    The Accused Infringing Devices include a control station which controls the alternate use of the frequency band.  Microsoft Surface products with integrated Bluetooth / Wi-Fi chips include a control station (e.g., circuitry within the Marvell Avastar family radio and related software) that controls the alternate use of the 2.4 GHz frequency band.

- **Packet Traffic Arbiter (PTA).** PTA is a dedicated hardware System-on-Chip (SoC) block that controls access of Wi-Fi and Bluetooth devices to the antenna. It does this through pre-programmed priority of packet transmissions and receptions. In a discrete solution (i.e., separate Wi-Fi and Bluetooth SoCs), a unique set of protocols (e.g., 2-wire, 3-wire, 4-wire) is followed between the SoCs through hardware signaling.

  In an integrated Wi-Fi and Bluetooth SoC, however, there can be additional "handshakes" designed into this block. Marvell Wi-Fi/Bluetooth multi-function radio MFR devices, for example, are designed to optimize medium access time for maximum yield of Wi-Fi throughput and Bluetooth audio quality through packet arbitration. (See Figure 2 below.)

8

Figure 2: Example: Wire interface is a Wi-Fi/Bluetooth MFR solution.



COMPLAINT – CASE NO. 8:18-CV-01279

- **PS-Poll and WMM Trigger Frames.** One of the primary challenges with Wi-Fi and Bluetooth coexistence is controlling downlink traffic from the access point. Access points are usually unaware of ongoing Bluetooth traffic on the client Wi-Fi device. Downlink frames from an access point can arrive anytime, creating over-the-air collisions. This results either in very low Wi-Fi throughput or eventually leading to Wi-Fi link loss, depending on the type of access point. Therefore, it is important to control the downlink traffic from the access point.

This can be accomplished either by using PowerSave-Poll (PS-Poll) frames or Wi-Fi MultiMedia (WMM) Trigger frames. (See Figure 3) The former polls the access point one data packet at a time, whereas the latter can be used to download multiple frames at a time, although in different modes of operation. The former is used in IEEE Power Save mode, whereas the latter is used when the Wi-Fi device operates in WMM Power Save mode. These enhancements are particularly helpful when the client Wi-Fi device associates with an aggressively rate-dropping access point.

In an integrated Wi-Fi/ Bluetooth SoC, it is possible to line up these frames with the Bluetooth frames, as shown in the figure below, so that the audio quality does not suffer and the downlink Wi-Fi traffic is also sustained—thereby minimizing over-the-air collisions. This is quite challenging when a discrete set of Wi-Fi and Bluetooth SoCs are used.

Figure 3: PS-Poll and WMM Trigger frames.



**Solutions Catering to Offer Best-in-Class Overall User Experience**

As Marvell has integrated the Wi-Fi and Bluetooth devices on a single silicon die, the Marvell's Avastar family of wireless connectivity solutions has mastered the coexistence technologies to offer world-class performance, leading to an overall user experience that simultaneously delivers maximum Wi-Fi throughput with optimal Bluetooth voice quality.

Among these coexistence technologies are:

- Alignment of PS-Poll / Trigger frames with SCO / eSCO slots to optimize Rx traffic, as mentioned in the section above
- Usage of larger Wi-Fi time window whenever available, especially during eSCO
- Dynamic Bluetooth-aware Wi-Fi rate adaptation scheme
- Interception of Bluetooth page/inquiry to yield for WLAN traffic
- Partition airtime between Bluetooth and Wi-Fi traffic to yield best performance possible
- Coexistence for a multi-profile usage scenarios, for example, running HFP (i.e., SCO/eSCO) and Personal Area Network (PAN)-over-Asynchronous Connectionless Link (ACL) simultaneously with Wi-Fi traffic
- Scheme to sustain the overall network throughput in a multiple-client scenario (e.g., multiple WiFi+Bluetooth enabled smartphones in a small conference room connected to the same access point and paired with their individual headsets)
- Wi-Fi and Bluetooth link-aware performance

**Source**: Ronak Choski, *Yes! Wi-Fi and Bluetooth Can Coexist in Handheld Devices*, Marvell Semiconductor (March 2010)

21.     The Accused Infringing Devices include a control station that controls

10

the access to the common frequency band for stations working in accordance with the first radio interface standard and renders the frequency band available for access by the stations working in accordance with the second radio interface standard if stations working in accordance with the first radio interface standard do not request access to the frequency band.

22.     For example, Microsoft Surface products with integrated Bluetooth / Wi-Fi chips include a control station (e.g., circuitry in the Marvell Avastar family radio and related software) that controls the access to the common 2.4 GHz frequency band for stations working in accordance with the first radio interface standard (Bluetooth).  The controller in the Marvell Avastar family radio renders the frequency band available for access by the stations working in accordance with the second radio interface standard (e.g., Wi-Fi) when stations working in accordance with the first radio interface standard (e.g., Bluetooth) do not request access to the frequency band.  The Marvell Avastar radio employs a coexistence strategy that makes the shared 2.4 GHz frequency band available to Wi-Fi___33 stations communicating with Microsoft Surface only when Bluetooth stations are not requesting access to the frequency band.  For example, the control station provides access to the frequency band during times that the Bluetooth stations are not requesting access.

- **PS-Poll and WMM Trigger Frames.** One of the primary challenges with Wi-Fi and Bluetooth coexistence is controlling downlink traffic from the access point. Access points are usually unaware of ongoing Bluetooth traffic on the client Wi-Fi device. Downlink frames from an access point can arrive anytime, creating over-the-air collisions. This results either in very low Wi-Fi throughput or eventually leading to Wi-Fi link loss, depending on the type of access point. Therefore, it is important to control the downlink traffic from the access point.

This can be accomplished either by using PowerSave-Poll (PS-Poll) frames or Wi-Fi MultiMedia (WMM) Trigger frames. (See Figure 3) The former polls the access point one data packet at a time, whereas the latter can be used to download multiple frames at a time, although in different modes of operation. The former is used in IEEE Power Save mode, whereas the latter is used when the Wi-Fi device operates in WMM Power Save mode. These enhancements are particularly helpful when the client Wi-Fi device associates with an aggressively rate-dropping access point.

In an integrated Wi-Fi/ Bluetooth SoC, it is possible to line up these frames with the Bluetooth frames, as shown in the figure below, so that the audio quality does not suffer and the downlink Wi-Fi traffic is also sustained—thereby minimizing over-the-air collisions. This is quite challenging when a discrete set of Wi-Fi and Bluetooth SoCs are used.

COMPLAINT – CASE NO. 8:18-CV-01279  ____

Figure 3: PS-Poll and WMM Trigger frames.



**Solutions Catering to Offer Best-in-Class Overall User Experience**

As Marvell has integrated the Wi-Fi and Bluetooth devices on a single silicon die, the Marvell's Avastar family of wireless connectivity solutions has mastered the coexistence technologies to offer world-class performance, leading to an overall user experience that simultaneously delivers maximum Wi-Fi throughput with optimal Bluetooth voice quality.

Among these coexistence technologies are:

- Alignment of PS-Poll / Trigger frames with SCO / eSCO slots to optimize Rx traffic, as mentioned in the section above
- Usage of larger Wi-Fi time window whenever available, especially during eSCO
- Dynamic Bluetooth-aware Wi-Fi rate adaptation scheme
- Interception of Bluetooth page/inquiry to yield for WLAN traffic
- Partition airtime between Bluetooth and Wi-Fi traffic to yield best performance possible
- Coexistence for a multi-profile usage scenarios, for example, running HFP (i.e., SCO/eSCO) and Personal Area Network (PAN)-over-Asynchronous Connectionless Link (ACL) simultaneously with Wi-Fi traffic
- Scheme to sustain the overall network throughput in a multiple-client scenario (e.g., multiple WiFi+Bluetooth enabled smartphones in a small conference room connected to the same access point and paired with their individual headsets)
- Wi-Fi and Bluetooth link-aware performance

**Source**: Ronak Choski, *Yes! Wi-Fi and Bluetooth Can Coexist in Handheld Devices*, Marvell Semiconductor (March 2010)

23.     Microsoft has infringed, and continues to infringe, at least claim 1 of the '676 patent in the United States, by making, using, offering for sale, selling and/or importing the Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

24.     Microsoft also has infringed, and continues to infringe, at least claim 1 of the '676 patent by actively inducing others to use, offer for sale, and sell the Accused Infringing Devices.  Microsoft's users, customers, agents or other third parties who use those devices in accordance with Microsoft's instructions infringe

COMPLAINT – CASE NO. 8:18-CV-01279

claim 1 of the '676 patent in violation of 35 U.S.C. § 271(a).  Microsoft intentionally instructs its customers to infringe through training videos, demonstrations, brochures and user guides, such as those located at: www.microsoft.com and https://support.microsoft.com.  Microsoft is thereby liable for infringement of the '676 patent under 35 U.S.C. § 271(b).

25.     Microsoft also has infringed, and continues to infringe, at least claim 1 of the '676 patent by offering to commercially distribute, commercially distributing, and/or importing the Accused Infringing Devices which devices are used in practicing the processes, or using the systems, of the '676 patent, and constitute a material part of the invention.  Microsoft knows portions of the Accused Infringing Devices to be especially made or especially adapted for use in infringement of the '676 patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing use.  Microsoft is thereby liable for infringement of the '676 Patent under 35 U.S.C. § 271(c).

26.     Microsoft is on notice of its infringement of the '676 patent by virtue of a letter from Uniloc to Microsoft dated July 24, 2018.  By the time of trial, Microsoft will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of at least claim 1 of the '676 patent.

27.     Upon information and belief, Microsoft may have infringed and continues to infringe the '676 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the Accused Infringing Devices.

28.     Microsoft's acts of direct and indirect infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,993,049

29.    The allegations of paragraphs 1-10 of this Complaint are incorporated by reference as though fully set forth herein.

30.    The '049 patent, titled "Communication System," issued on January 31, 2006.  A copy of the '049 patent is attached as Exhibit B.

31.    Pursuant to 35 U.S.C. § 282, the '049 patent is presumed valid.

32.    Invented by Koninklijke Philips Electronics N.V., the '049 patent relates to a communication system with primary and secondary stations used to broadcast messages based on a plurality of predetermined data fields arranged according to a communications protocol, such as Bluetooth.

33.    On information and belief, Microsoft makes, uses, offers for sale, and sells in the United States and imports into the United States communications systems such as Microsoft Windows products, including the Microsoft Surface Laptop, Surface Pro, Surface Book, Surface Hub and Surface Go and other Windows 10 computers, and Bluetooth Low Energy (LE) devices, including the Precision Mouse, (collectively the "Accused Infringing Devices").

34.    Upon information and belief, the Accused Infringing Devices infringe at least claim 11 of the '049 patent in the exemplary manner described below.

35.    The Accused Infringing Devices constitute a communication system comprising a primary station and at least one secondary station.  For example, Microsoft provides a communication system including of a Microsoft Surface Precision Mouse (primary station) pairing with a Microsoft Windows 10 computer such as the Surface Pro (secondary station) using a Bluetooth LE pairing technique, (e.g., Microsoft Bluetooth Swift Pair).

We are working hard to bring this to as many of your favorite peripherals as possible. To try it out today, go pick up a Surface Precision Mouse, the first peripheral enabled with Swift Pair!

**Source**: https://blogs.msdn.microsoft.com/btblog/2018/01/30/streamlined_pairing_for_bluetooth/

> Introduced in Windows 10, version 1803, Swift Pair is the newest way to pair your Bluetooth peripherals to Windows 10 PCs. This topic describes the feature, requirements about how peripherals can support Swift Pair, frequently asked questions about how this quick and convenient feature works.

**Source**: https://docs.microsoft.com/en-us/windows-hardware/design/component-guidelines/bluetooth-swift-pair

> Surface Pro is designed for the full Windows 10 and Office * experience, including Windows Ink and 3D effects. Get productive with easy file syncing to your phone, quick access to your people, and built-in comprehensive security.

**Source:** https://www.microsoft.com/en-us/surface/devices/surface-pro/overview

36.    The primary station of the Accused Infringing Devices broadcasts a series of inquiry messages each in the form of a plurality of predetermined data fields arranged according to a first communications protocol.  For example, Swift Pair uses a series of Bluetooth Low Energy (LE) advertisements (inquiries) to enable the Surface device to identify the peripheral as Swift Pair capable.

# Peripheral Behavior (Required)

Discovery of Swift Pair peripherals happens over the Bluetooth Low Energy (LE) protocol and **requires the use of LE advertisements.** Windows uses this advertisement to identify a peripheral as Swift Pair capable. This advertisement must contain **one of the Microsoft defined vendor sections** (shown in Fig 2-4) **in the advertisement while in pairing mode**.

COMPLAINT – CASE NO. 8:18-CV-01279

**Source**: https://docs.microsoft.com/en-us/windows-hardware/design/component-guidelines/bluetooth-swift-pair.

37.     Bluetooth LE advertisements (inquiry messages) as used by Swift Pair contain a plurality of predetermined data fields such as the preamble, Access address, PDU header and Broadcast address.



**Figure 2. Bluetooth low energy Broadcast Data**

**Source**: http://www.ti.com/lit/an/swra475a/swra475a.pdf Application Report SWRA475A–January 2015–Revised October 2016 , Bluetooth® low energy Beacons, Page 4.

38.     The Accused Infringing Devices add to an inquiry message prior to transmission an additional data field for polling at least one secondary station.  For example, Microsoft's Swift Pair requires a specific advertisement PDU payload beyond the required Broadcast Address that includes a Microsoft Beacon ID, identifying the advertisement as a Swift Pair polling message to a Surface Pro.



16

COMPLAINT – CASE NO. 8:18-CV-01279



| Octet | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | ?? |
|-------|---|---|---|---|---|---|---|---|---|-----|
| Value | 0x?? | 0xff | 0x06 | 0x00 | 0x03 | 0x00 | 0x80 | 0x?? | | 0x?? |
| Description | Length | Vendor Defined Flag | Microsoft Vendor ID | Microsoft Vendor ID | Microsoft Beacon ID | Microsoft Beacon Sub Scenario | Reserved RSSI Byte | Display Name | | |

**Payload Content**

Microsoft Beacon ID & Sub Scenario

- The Microsoft Beacon ID helps identify that the advertisement is for this experience and will detail how the peripheral will pair, each unique ID has a unique payload.

**Source**: https://docs.microsoft.com/en-us/windows-hardware/design/component-guidelines/bluetooth-swift-pair

39.     The Accused Infringing Devices include at least one secondary station determining when an additional data field has been added to the plurality of data fields.  For example, the Surface Pro (secondary station) uses the PDU header to determine the PDU payload length, and the presence of additional data beyond predefined data fields in the PDU payload.



| LSB | | | | | MSB |
|-----|---|---|---|---|-----|
| PDU Type (4 bits) | RFU (2 bits) | TxAdd (1 bit) | RxAdd (1 bit) | Length (6 bits) | RFU (2 bits) |

*Figure 2.3: Advertising channel PDU Header*

**Source**: BLUETOOTH SPECIFICATION Version 4.0 [Vol 6], Page 38

40.     The Accused Devices determine whether the secondary station has been polled from the additional data field and respond to a poll when the secondary

COMPLAINT – CASE NO. 8:18-CV-01279

data station has data for transmission to the primary station.  For example, the Surface Pro uses the PDU payload length and Microsoft Beacon ID to determine whether it has been polled for Swift Pair.  The Surface Pro will display a notification to the user and complete the pairing (responding to the poll) if the user agrees to pair.



1. Put the Bluetooth peripheral in pairing mode
2. When the peripheral is close by, Windows will show a notification to the user
3. Selecting "Connect" starts pairing the peripheral
4. When the peripheral is no longer in pairing mode or is no longer nearby, Windows will remove the notification from the Action Center

**Source**: https://docs.microsoft.com/en-us/windows-hardware/design/component-guidelines/bluetooth-swift-pair

COMPLAINT – CASE NO. 8:18-CV-01279

41.     Microsoft has infringed, and continues to infringe, at least claim 11 of the '049 patent in the United States, by making, using, offering for sale, selling and/or importing the Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

42.     Microsoft also has infringed, and continues to infringe, at least claim 11 of the '049 patent by actively inducing others to use, offer for sale, and sell the Accused Infringing Devices.  Microsoft's users, customers, agents or other third parties who use those devices in accordance with Microsoft's instructions infringe claim 11 of the '049 patent, in violation of 35 U.S.C. § 271(a).  Microsoft intentionally instructs its customers to infringe through training videos, demonstrations, brochures and user guides, such as those located at: www.microsoft.com and https://docs.microsoft.com/en-us/windows-hardware/design/component-guidelines/bluetooth-swift-pair.  Microsoft is thereby liable for infringement of the '049 patent under 35 U.S.C. § 271(b).

43.     Microsoft also has infringed, and continues to infringe, at least claim 11 of the '049 patent by offering to commercially distribute, commercially distributing, or importing the Accused Infringing Devices which devices are used in practicing the processes, or using the systems, of the '049 patent, and constitute a material part of the invention.  Microsoft knows portions of the Accused Infringing Devices to be especially made or especially adapted for use in infringement of the '049 patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing use.  Microsoft is thereby liable for infringement of the '049 Patent under 35 U.S.C. § 271(c).

44.     Microsoft is on notice of its infringement of the '049 patent by virtue of a letter from Uniloc to Microsoft dated July 24, 2018.  By the time of trial, Microsoft will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of at least claim 11 of the '049 patent.

45.     Upon information and belief, Microsoft may have infringed and continues to infringe the '049 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the Accused Infringing Devices.

46.     Microsoft's acts of direct and indirect infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 7,167,487

47.     The allegations of paragraphs 1-10 of this Complaint are incorporated by reference as though fully set forth herein.

48.     The '487 patent, titled "Network With Logic Channels and Transport Channels," issued on January 23, 2007.  A copy of the '487 patent is attached as Exhibit C.

49.     Pursuant to 35 U.S.C. § 282, the '487 patent is presumed valid.

50.     Invented by Koninklijke Philips Electronics N.V., the '487 patent relates to WCDMA networks and in particular, describes in detail and claims in various ways inventions in computer networks relating to the selection of a transport block format subject to minimum bitrate requirements for prioritized logical channels.

51.     On information and belief, Microsoft makes, uses, offers for sale, and sells in the United States and imports into the United States electronic devices that operate in compliance with HSUPA/HSUPA+ standardized in UMTS 3GPP Release 6 and above, such as, the Microsoft Surface Pro with LTE devices, (collectively the "Accused Infringing Devices").

52.     On information and belief, the Microsoft Surface Pro with LTE includes a Qualcomm Snapdragon X16 LTE modem, which supports HSUPA functionality.

The Surface Pro with LTE Advanced brings cellular wireless connectivity to the convertible tablet/laptop, offering speeds of up to 450Mbps.

"When you want the ultimate in versatility and still want performance to move you forward, we bring the new Surface Pro," said Microsoft's hardware chief Panos Panay, speaking at Microsoft's Future Decoded conference in London.

The LTE version of the Pro uses a Cat 9 modem with support for 20 cellular bands, and is expected to work with a wide variety of 4G networks worldwide, rather than being limited to networks within a specific region.

The new machine has a seven-antenna Qualcomm X16 Gigabit Class LTE modem, which is integrated directly onto the motherboard to optimize its responsiveness when recovering from sleep and hibernation modes.

**FIRST LOOK**

**Surface Pro (2017): Small refinements to a familiar design**

Don't call it Surface Pro 5. The latest iteration of the Surface Pro loses the model number, keeps the kickstand, and adds mostly subtle refinements.

**Source**: https://www.zdnet.com/article/microsofts-new-surface-pro-with-lte-and-450mbps-downloads-out-in-december/

21

COMPLAINT – CASE NO. 8:18-CV-01279

Supported Cellular Technologies

- LTE FDD
- LTE TDD
- LAA
- LTE Broadcast
- WCDMA (DB-DC-HSDPA, DC-HSUPA)
- TD-SCDMA
- CDMA 1x
- EV-DO
- GSM/EDGE

**Source**: https://www.qualcomm.com/products/snapdragon/modems/4g-lte/x16

53.　　On information and belief, the Accused Infringing Devices infringe claim 12 in the exemplary manner described below.

54.　　The Accused Infringing Devices send data to the WCDMA network using logical channels and transport channels.  The standard provides a mapping of logical channels to transport channels.





Figure 4: Logical channels mapped onto transport channels, seen from the UE side

COMPLAINT – CASE NO. 8:18-CV-01279



**Figure 5: Logical channels mapped onto transport channels, seen from the UTRAN side**

Source: 3GPP TS 25.301 V6.6.0 (2008-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Interface Protocol Architecture, http://www.3gpp.org/ftp/Specs/html-info/25301.htm, Page 16-17.

55.     The Accused Infringing Devices are designed for transmitting transport blocks formed from packet units of the logic channels.  For example, the Accused Infringing Devices include a medium access control (MAC) layer that receives upper layer protocol data units (PDUs) (i.e., "packet units"), on logical channels and multiplexes the upper layer PDUs into transport blocks.  As such the transport blocks are formed from the packet units (PDUs).

### 5.3.1.2     MAC functions

The functions of MAC include:

...

- **Multiplexing/demultiplexing of upper layer PDUs into/from transport blocks delivered to/from the physical layer on common transport channels.** MAC should support service multiplexing for common transport channels, since the physical layer does not support multiplexing of these channels.

- **Multiplexing/demultiplexing of upper layer PDUs into/from transport block sets delivered to/from the physical layer on dedicated transport channels.** The MAC allows service multiplexing for dedicated transport channels. This function can be utilised when several upper layer services (e.g. RLC instances) can be mapped efficiently on the same transport channel. In this case the identification of multiplexing is contained in the MAC protocol control information.

**Source:** 3GPP TS 25.301 V6.6.0 (2008-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Interface Protocol Architecture, http://www.3gpp.org/ftp/Specs/html-info/25301.htm, Page 18.

56.     As shown below, the logical channels come from the upper layer into the MAC and are output on the transport channels for transmission.

23

### 4.2.3    Traffic Related Architecture - UE Side

Figure 4.2.3.1 illustrates the connectivity of MAC entities.



**Figure 4.2.3.1: UE side MAC architecture**

**Source:** 3GPP TS 25.321 V6.18.0 (2009-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Medium Access Control (MAC) protocol specification, http://www.3gpp.org/ftp/Specs/html-info/25321.htm, Page 12.

57.    A number of valid transport format combinations is allocated to the transport channels.  For example, an Accused Infringing Device is signaled, from the network, which transport format combinations (TFCs) it can use for the transport channels (i.e., "valid transport format combinations").  For the dedicated channel (DCH) transport channel, an Accused Infringing Device is configured to use a transport format combination set (TFCS). For the enhanced DCH (E-DCH) transport channel, an Accused Infringing Device is configured to use a table of enhanced TFCs (E-TFCs).  The network configures an Accused Infringing Device to limit the number of TFCs/E-TFCs used (i.e., the "number of valid transport format combinations"), so that a fixed number of bits are sent by the Accused Infringing Device to indicate the selected TFC/E-TFC. For example, 128 E-TFCs are included in each E-TFC table, so that the Accused Infringing Device only uses 7 bits to signal the selected E-TFC.

### 11.8.1.4    E-TFC Selection

...

The transmission format and data allocation shall follow the requirements below:

- Only E-TFCs from the configured E-TFCS shall be considered for the transmission;

**Source:** 3GPP TS 25.321 V6.18.0 (2009-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Medium Access Control (MAC) protocol specification, http://www.3gpp.org/ftp/Specs/html-info/25321.htm, Page 78-79.

58.    As shown below, the Accused Infringing Devices are configured to use a table of E-TFCs/E-TFCIs ("valid") for the E-DCH transport channel and are configured to use a set of TFCs, TFCS, ("valid") for the DCH transport channel. The E-DCH uses a 7-bit indicator (128 values) to indicate the selected E-TFC (E-TFCI) for the E-DCH.

### 10.3.6.99    E-DPDCH Info

| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| E-TFCI table index | MP | | Integer (0..1) | Indicates which standardised E-TFCI TB size table shall be used | REL-6 |
| E-DCH minimum set E-TFCI | MD | | Integer (0..127) | See [15]; Absence means no E-DCH minimum set | REL-6 |
| Reference E-TFCIs | MP | 1 to 8 | | See [29] | REL-6 |
| >Reference E-TFCI | MP | | Integer (0..127) | | REL-6 |
| >Reference E-TFCI PO | MP | | Integer (0..29) | Refer to quantization of the power offset in [28] | REL-6 |

**Source:** 3GPP TS 25.331 V6.26.0 (2011-12) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol Specification, http://www.3gpp.org/ftp/Specs/html-info/25331.htm, Page 647.

### 10.3.5.13    TFCS Explicit Configuration

| Information Element/Group name | Need | Multi | IE type and reference | Semantics description |
|---|---|---|---|---|
| CHOICE *TFCS representation* | MP | | | |
| >Complete reconfiguration | | | | |
| >>TFCS complete reconfiguration information | MP | | TFCS Reconfigurat ion/Addition information 10.3.5.15 | |
| >Addition | | | | |
| >>TFCS addition information | MP | | TFCS Reconfigurat ion/Addition information 10.3.5.15 | |
| >Removal | | | | |
| >>TFCS removal information | MP | | TFCS Removal Information 10.3.5.16 | |
| >Replace | | | | |
| >>TFCS removal information | MP | | TFCS Removal Information 10.3.5.16 | |
| >>TFCS addition information | MP | | TFCS Reconfigurat ion/Addition information 10.3.5.15 | |

**Source:** 3GPP TS 25.331 V6.26.0 (2011-12) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol Specification, http://www.3gpp.org/ftp/Specs/html-info/25331.htm, Page 577.

> ○ *E-TFCI*, the E-DCH transport format combination indicator of 7 bits indicating the transport format being transmitted simultaneously on E-DPDCHs. In essence, the E-TFCI tells the receiver the transport block size coded on the E-DPDCH. From this information the receiver can derive how many E-DPDCHs are transmitted in parallel and what spreading factor is used.

**Source:** Harri Holma, Antti Toskala (2006), *HSDPA/HSUPA for UMTS High Speed Radio Access for Mobile Communications*, John Wiley & Sons, LTD.

59.    The combinations indicate the transport blocks designed for transmission for each transport channel.  For example, each TFC (i.e., "combination") of the E-TFCs defines one or more transport blocks designed for transmission over each transport channel. An E-TFC defines a unique transport block size, having associated physical layer parameters, which are applied to one or more transport blocks (i.e., "indicate the transport blocks designed for transmission

for each transport channel"). To illustrate, each E-TFC is uniquely associated with a number of channelization codes and a spreading factor used at the physical layer for that transport block.  For the claimed "combinations indicate the transport blocks designed for transmission for each transport channel," the E-TFC defines the formatting or the "design" of the transport block at the physical layer (*i.e.,* "for transmission").  Annex B is one of the E-DCH transport block size tables.

### Annex B (normative):
### E-DCH Transport Block Size Tables for FDD

The mapping between the chosen E-TFCI and the corresponding E-DCH transport block size is given in the following tables:

#### B.1    2ms TTI E-DCH Transport Block Size Table 0

| E-TFCI | TB Size (bits) | E-TFCI | TB Size (bits) | E-TFCI | TB Size (bits) | E-TFCI | TB Size (bits) | E-TFCI | TB Size (bits) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 18 | 30 | 342 | 60 | 1015 | 90 | 3008 | 120 | 8913 |
| 1 | 120 | 31 | 355 | 61 | 1053 | 91 | 3119 | 121 | 9241 |
| 2 | 124 | 32 | 368 | 62 | 1091 | 92 | 3234 | 122 | 9582 |

…

**Source:** 3GPP TS 25.321 V6.18.0 (2009-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Medium Access Control (MAC) protocol specification, http://www.3gpp.org/ftp/Specs/html-info/25321.htm, Page 86.

60.    The selection of the E-TFC sets the format (i.e., "design") for transport blocks sent on the E-DCH transport channel, and the E-TFC/E-TFCI defines the physical layer processing of the E-DCH transport blocks.

### 10.2.3. E-TFC Selection

The E-TFC selection is responsible for selecting the transport format of the E-DCH, thereby determining the data rate to be used for uplink transmission, and to control MAC-e multiplexing. Clearly, the selection needs to take the scheduling

**Source:** Erik Dahlman, et al (2008), *3G Evolution HSPA and LTE for Mobile Broadband*. Elsevier Ltd.

27

> ○ *E-TFCI*, the E-DCH transport format combination indicator of 7 bits indicating the transport format being transmitted simultaneously on E-DPDCHs. In essence, the E-TFCI tells the receiver the transport block size coded on the E-DPDCH. From this information the receiver can derive how many E-DPDCHs are transmitted in parallel and what spreading factor is used.

**Source:** Harri Holma, Antti Toskala (2006), *HSDPA/HSUPA for UMTS High Speed Radio Access for Mobile Communications*, John Wiley & Sons, LTD.

61.    A selection algorithm is provided for selecting the transport format combinations and the selection of the transport format combinations is carried out while taking into account a minimum bit rate obtaining for the respective logic channel.  For example, uses an E-TFC selection algorithm (i.e., "algorithm provided for selecting…") to selects E-TFCs (i.e., "transport format combinations"). The logical channels have respective QoS criteria, including a Guaranteed bit rate (GBR) (i.e., "minimum bit rate").  An Accused Infringing Device is provided a non-scheduled grant for the logical channel to meet the GBR (i.e., "a minimum bit rate obtaining for the respective logical channel"). The non-scheduled grant for the GBR service is used by the Accused Infringing Devices to select the E-TFC (i.e., "the selection of the transport format combinations is carried out while taking into account a minimum bit rate").

62.    As shown below, an Accused Infringing Device uses the non-scheduled grants in the E-TFC selection (i.e., "selection of the transport format combinations") to achieve the guaranteed bit rate for logical channels ("minimum bit rate obtaining for respective logical channel").

COMPLAINT – CASE NO. 8:18-CV-01279

## 11.1    General Principle

The QoS of ongoing flows mapped on E-DCH for a UE is maintained by the serving Node B and by the UE. The Node B controls the resources allocated to a UE versus other UEs by means of scheduling as specified in clause 9. The UE controls the QoS of all its logical channels mapped on E-DCH by means of E-TFC selection as specified in subclause 11.2, and by HARQ operation, specified in clause 8.

In addition to these mechanisms, guaranteed bit rate services for MAC-d flows are also supported through non-scheduled transmission. A flow using non-scheduled transmission is defined by the SRNC and provided in the UE and in the Node B. Details on non-scheduled transmission can be found in section 10.

**Source:** 3GPP TS 25.309 V6.6.0 (2006-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; FDD Enhanced Uplink; Overall description; Stage 2, http://www.3gpp.org/ftp/Specs/html-info/25309.htm, Page 27.

## 10    Non-scheduled transmissions

When non-scheduled transmission is configured by the SRNC, the UE is allowed to send E-DCH data at any time, up to a configured number of bits, without receiving any scheduling command from the Node B. Thus, signalling overhead and scheduling delay are minimized.

Typical examples of data that may use non-scheduled transmission are the SRBs and GBR services.

**Source:** 3GPP TS 25.309 V6.6.0 (2006-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; FDD Enhanced Uplink; Overall description; Stage 2, http://www.3gpp.org/ftp/Specs/html-info/25309.htm, Page 26.

63.    The non-scheduled grants are used for the E-TFC selection (i.e., "selection of the transport format combinations").

The transmission format and data allocation shall follow the requirements below:

- Only E-TFCs from the configured E-TFCS shall be considered for the transmission;
- For all logical channels, if the logical channel belongs to a non-scheduled MAC-d flow, its data shall be considered as available up to the corresponding non-scheduled grant, if the logical channel does not belong to a non-scheduled MAC-d flow, its data shall be considered as available up to the Serving Grant;

...

- if the transmission contains any scheduled data, the size of the selected MAC-e PDU shall not exceed the total of:
  - all non-scheduled grants which are applicable for transmission in this TTI;

**Source:** 3GPP TS 25.321 V6.18.0 (2009-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Medium Access Control (MAC) protocol specification, http://www.3gpp.org/ftp/Specs/html-info/25321.htm, Page 79-80.

## 11.2    TFC and E-TFC selection

Logical channels mapped on the DCHs are always prioritised over those mapped on E-DCH.

The principle of the TFC selection across E-DCH and DCH is the following:

…

  -   E-TFC restriction is performed with the following characteristics;

…

  -   Among the supported E-TFCs, the UE selects the smallest E-TFC that maximises the transmission of data according to the non-scheduled grant(s) and the serving grant;

**Source:** 3GPP TS 25.309 V6.6.0 (2006-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; FDD Enhanced Uplink; Overall description; Stage 2, http://www.3gpp.org/ftp/Specs/html-info/25309.htm, Page 28-29.

64.     The guaranteed bitrate is the number of bits delivered within a period of time divided by the duration of the time period ("minimum bit rate"), and is part of the QoS profile for the radio bearer/logical channel.

**Guaranteed bitrate (kbps)**

Definition: guaranteed number of bits delivered by UMTS at a SAP within a period of time (provided that there is data to deliver), divided by the duration of the period. The traffic is conformant with the guaranteed bitrate as long as it follows a token bucket algorithm where token rate equals Guaranteed bitrate and bucket size equals Maximum SDU size.

The conformance definition should not be interpreted as a required implementation algorithm. The token bucket algorithm is described in annex B.

UMTS bearer service attributes, e.g. delay and reliability attributes, are guaranteed for traffic up to the Guaranteed bitrate. For the traffic exceeding the Guaranteed bitrate the UMTS bearer service attributes are not guaranteed.

  [Purpose:        Describes the bitrate the UMTS bearer service shall guarantee to the user or application.
                   Guaranteed bitrate may be used to facilitate admission control based on available resources, and
                   for resource allocation within UMTS.]

**Source:** 3GPP TS 23.107 V6.4.0 (2006-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Quality of Service (QoS) concept and architecture, http://www.3gpp.org/ftp/Specs/html-info/23107.htm, Page 18.

COMPLAINT – CASE NO. 8:18-CV-01279

### 6.4.3.3   UMTS bearer attributes: summary

In table 2, the defined UMTS bearer attributes and their relevancy for each bearer traffic class are summarised. Observe that traffic class is an attribute itself.

**Table 2: UMTS bearer attributes defined for each bearer traffic class**

| Traffic class | Conversational class | Streaming class | Interactive class | Background class |
|---|---|---|---|---|
| Maximum bitrate | X | X | X | X |
| Delivery order | X | X | X | X |
| Maximum SDU size | X | X | X | X |
| SDU format information | X | X | | |
| SDU error ratio | X | X | X | X |
| Residual bit error ratio | X | X | X | X |
| Delivery of erroneous SDUs | X | X | X | X |
| Transfer delay | X | X | | |
| Guaranteed bit rate | X | X | | |
| Traffic handling priority | | | X | |
| Allocation/Retention priority | X | X | X | X |
| Source statistics descriptor | X | X | | |
| Signalling indication | | | X | |

**Source:** 3GPP TS 23.107 V6.4.0 (2006-03) Technical Specification 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Quality of Service (QoS) concept and architecture, http://www.3gpp.org/ftp/Specs/html-info/23107.htm, Page 22.

65.     Microsoft has infringed, and continues to infringe, at least claim 12 of the '487 patent in the United States, by making, using, offering for sale, selling and/or importing the Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

66.     Microsoft also has infringed, and continues to infringe, at least claim 12 of the '487 patent by actively inducing others to use, offer for sale, and sell the Accused Infringing Devices.  Microsoft's customers who use those devices in accordance with Microsoft's instructions infringe claim 12 of the '487 patent, in violation of 35 U.S.C. § 271(a).  Microsoft intentionally instructs its customers to infringe through training videos, demonstrations, brochures, support resources and user guides, such as those located at: www.microsoft.com and https://support.microsoft.com/en-us/help/4036286/surface-set-up-your-surface-3-4g-lte.  Microsoft is thereby liable for infringement of the '487 Patent under 35 U.S.C. § 271(b).

67.     Microsoft also has infringed, and continues to infringe, at least claim

31

12 of the '487 patent by offering to commercially distribute, commercially distributing, or importing the Accused Infringing Devices which devices are used in practicing the processes, or using the systems, of the '487 patent, and constitute a material part of the invention.  Microsoft knows portions of the Accused Infringing Devices, such as the HSUPA circuitry with the Accused Infringing Devices, to be especially made or especially adapted for use in infringement of the '487 patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing use.  Microsoft is thereby liable for infringement of the '487 patent under 35 U.S.C. § 271(c).

68.     Microsoft is on notice of its infringement of the '487 patent by virtue of a letter from Uniloc to Microsoft dated July 24, 2018.  By the time of trial, Microsoft will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of at least claim 12 of the '487 patent.

69.     On information and belief, Microsoft may have infringed and continues to infringe the '487 patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the Accused Infringing Devices.

70.     Microsoft's acts of direct and indirect infringement have caused and continue to cause damage to Uniloc and Uniloc is entitled to recover damages sustained as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiffs Uniloc 2017 LLC, Uniloc Licensing USA LLC and Uniloc USA, Inc., respectfully pray that the Court enter judgment in their favor and against Microsoft as follows:

a.      A judgment that Microsoft has infringed one or more claims of the '676 Patent literally and/or under the doctrine of equivalents directly and/or indirectly by inducing infringement and/or by contributory infringement;

b.      A judgment that Microsoft has infringed one or more claims of the '049 Patent literally and/or under the doctrine of equivalents directly and/or indirectly by inducing infringement and/or by contributory infringement;

c.      A judgment that Microsoft has infringed one or more claims of the '487 Patent literally and/or under the doctrine of equivalents directly and/or indirectly by inducing infringement and/or by contributory infringement;

d.      That for each Asserted Patent this Court judges infringed by Microsoft this Court award Uniloc its damages pursuant to 35 U.S.C. § 284 and any royalties determined to be appropriate;

e.      That this be determined to be an exceptional case under 35 U.S.C. § 285 and that Uniloc be awarded enhanced damages up to treble damages for willful infringement as provided by 35 U.S.C. § 284;

f.      That this Court award Uniloc prejudgment and post-judgment interest on its damages;

g.      That Uniloc be granted its reasonable attorneys' fees in this action;

h.      That this Court award Uniloc its costs; and

i.      That this Court award Uniloc such other and further relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

Uniloc hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

Dated: July 24, 2018         FEINBERG DAY ALBERTI LIM &
BELLOLI LLP

By: */s/ M. Elizabeth Day*
     M. Elizabeth Day

Attorneys for Plaintiffs
Uniloc 2017 LLC, Uniloc Licensing USA
LLC and Uniloc USA, Inc.

34